SEALED
ORDERED UNSEALED on 12/06/2023 s/ cynthialan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

CHARLES LEE RANNEY,

Defendant.

Case No.: **23mj4312-KSC**

18 U.S.C. § 922(g)(1) –
Felon in Possession of a Firearm;

21 U.S.C. § 841(a)(1) – Possession of Methamphetamine with Intent to Distribute;

The undersigned complainant being duly sworn states:

COUNT ONE

On or about November 15, 2023, within the Southern District of California, defendant Charles Lee RANNEY, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in or affected interstate commerce, to wit: a Canik, model SFX Rival, 9x19mm caliber pistol, bearing serial number T6472-22CM 14717; and a Smith and Wesson, model M&P Shield, 9x19mm caliber pistol, bearing serial number LEZ3160 in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO

On or about November 15, 2023, within the Southern District of California, defendant, Charles Lee RANNEY, did knowingly and intentionally possess, with intent to distribute, 500 grams and more, to wit: approximately 938.9 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Jwan Rafo
Jwan Rafo
ATF Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 28th day of November 2023.

HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

I am a Special Agent (SA) with Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since December, 2022. I am assigned to San Diego Group II, and operate primarily out of the city of San Diego, focusing on illegal firearms possessors, illegal firearms dealers, illegal narcotics distributors, and violent criminal street gangs. In this capacity, I investigate and assist in firearms and illegal narcotics cases involving, but not limited to, the purchase possession, sales, manufacture, and distribution of firearms, illegal narcotics, and street gang violence. I have used and/or participated in a variety of methods investigating firearms and narcotics related crimes, including, but not limited to, visual surveillance, witness interviews, the use of search warrants, confidential informants, undercover agents, pen registers/trap and trace devices, and mobile tracking devices. Based upon information gained through this investigation and others pertaining to firearm and narcotic trafficking activities of the participant in this investigation, I am familiar with the ways narcotics and firearm traffickers conduct their business. My familiarity includes the various means and methods by which narcotics and firearm traffickers acquire and distribute their narcotics and firearms, their use of cellular telephones, and their use of vehicles in furtherance of firearms trafficking and money transactions. This complaint is based on my own investigation as well as information received from fellow ATF agents and other law enforcement officers.

The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On October 12, 2023, San Diego Police Department (SDPD) Ghost Gun Apprehension Team detectives responded to a call out regarding a male subject, later identified as Charles Lee RANNEY who was observed firing a ghost gun inside a shooting range, "The Gun Range San Diego", located at 7853 Balboa Ave. San Diego, CA. I recognized the term "ghost gun" to be referring to a privately made firearm (PMF) that is unserialized and untraceable. RANNEY was asked to leave by staff of the gun range after

presenting two PMF handguns for inspection. RANNEY was later found to be a convicted felon in possession of a fraudulent identification, had purchased ammunition, and signed paperwork at the gun range in someone else's name.

SDPD detectives were provided a copy of the California Driver's License that RANNEY had presented at the gun range. Records check on the Driver's license, #D8938371 was found to be fraudulent with the photo depicting two different individuals. Record checks on the address of the fraudulent identification card and vehicle license plate that RANNEY was driving were conducted. RANNEY was seen in a vehicle bearing Nevada license plate #HW1739. The vehicle was registered to an Isaiah Ranney in Nevada. A driver's license photo of Isaiah Ranney (NV#2105515057) did not match the male (RANNEY) observed at the gun store but had similar facial features. Further record checks on Isaiah Ranney revealed two listed addresses in San Diego: 7914 Hummingbird Lane and 12762 Rifle way. The address 7914 Hummingbird Lane, San Diego matched the address listed on the fraudulent identification. Utilizing law enforcement databases, SDPD detective Taub conducted records check on the address 7914 Hummingbird Lane and found an individual named Charles RANNEY (DOB: 09/09/1977) affiliated to the address. A previous booking photograph of RANNEY taken in August of 2023 was compared to the video surveillance still of the male at the shooting range along with photo of the individual on the fraudulent CDL. All three photographs depicted the same individual. SDPD detective Taub was able to positively identify Charles RANNEY as the same individual that entered the shooting range to shoot two PMF's, purchase ammunition and present a fraudulent identity.

Preliminary records checks revealed that RANNEY has the following probable criminal history below, though it is possible there may be additional history located after further queries are conducted:

//

//

//

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 12/12/2008 | District of Hawaii | Conspiracy to possess w/intent to distribute controlled substance | 132 months prison |

Records check revealed RANNEY to be a convicted felon from a federal case in December of 2008. RANNEY was convicted of intent to distribute 500 grams or more of methamphetamine.

On November 15, 2023, at approximately 1230 hours, the San Diego Police Department (SDPD) Ghost Gun Apprehension Team detectives executed a residential search warrant, (2311080817-SDPD-DFL-SW-1) at RANNEY's residence located at: 7914 Hummingbird Lane, San Diego, CA. During the service of the warrant, RANNEY was observed throwing four firearms out the back window of his residence. Two of the firearms were PMFs and the other two firearms were serialized handguns. The two serialized firearms that RANNEY was observed throwing out the window were a Canik, model SFX Rival, 9x19mm caliber pistol, bearing serial number T6472-22CM 14717; and a Smith and Wesson, model M&P Shield, 9x19mm caliber pistol, bearing serial number LEZ3160. RANNEY was also observed throwing a large plastic ziplock bag containing a white crystalline substance, later determined to be methamphetamine. Various rounds of ammunition were also found around the firearms to include three loaded magazines. A receipt from the gun range on October 12th, 2023, and a digital scale were also tossed out of the bedroom window by RANNEY.

RANNEY did not exit the residence for approximately twenty minutes. During which time, SDPD Special Operations Unit (SOU) could hear RANNEY moving and breaking items inside the residence before he exited and was placed under arrest. SOU officers cleared the residence and found no one else inside. During the search of the residence, SDPD detectives could smell a burning odor from inside the residence. In plain view,

Detectives observed orange oval pills throughout the residence scorched with 30 on one side and multiple vacuum sealed bags of mushrooms. Detectives believed Ranney had been destroying pills in the bathroom because they were scattered throughout the house, and some were deformed. Approximately 2000 Adderall pills were discovered throughout the residence. A loose white crystalline substance was observed on the bathroom floor believed to be methamphetamine. On top of the dresser drawer in the master bedroom were two smaller sized plastic bags containing a white crystalline substance believed to be methamphetamine. Also found in the master bedroom in a box, was a larger plastic ziplock bag of a white crystalline substance believed to be methamphetamine. The loose white crystalline substance, the two smaller plastic bags containing a white crystalline substance, the plastic bag containing a white crystalline substance recovered in the bedroom in a box and the plastic bag containing a white crystalline substance that was thrown out the window were all tested with a TruNarc device by law enforcement and it all tested positive for methamphetamine. It was also weighed on a digital scale and the total weight of the methamphetamine was approximately 938.9 grams. Detectives also located various amounts of ammunition scattered throughout the house. Inside the master bedroom, various indicia belonging to RANNEY were discovered along with multiple cellular phones; three of which had been burnt/destroyed.

RANNEY was transported to San Diego Central Jail and booked in on State charges.

The Cinak and Smith and Wesson firearms were inspected. Preliminary checks revealed the firearms and ammunitions were not manufactured in California. Therefore, the firearm and ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of

the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact of this continuing investigation.

Jwan Rafo
ATF Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 28th day of November, 2023.

HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE